UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IAQ, INC., a/k/a DUCT DOCTOR, )
)
Plaintiff, )
)
v. ) CA. No. 05-CV-226 S
)
DUCT DOCTOR, INC., f/k/a THE DUCT )
DOCTOR, INC., and PETER J. HODKINSON, )
)
Defendants. )

**ENTRY OF APPEARANCE**

Jeffrey C. Schreck, Esq., hereby enters his appearance on behalf of the defendants.

Jeffrey C. Schreck (#2428)
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903
(401) 421-9600 TEL
(401) 331-9267 FAX

Dated: June 22, 2005

Counsel for Defendants

Certification

I hereby certify that I caused a copy of the within pleading to be mailed to

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

on this 22nd day of June, 2005.