UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IAQ, INC. a/k/a Duct Doctor
Plaintiff(s)

v.

Duct Doctor, Inc. and Peter Hodkinson
Defendant(s)

C.A. No. 05-CV-226S

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

XXXXXXXXX/defendants Duct Doctor/Hodkinson hereby moves that Lindsey Straus, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- XX The case involves the following complex area of the law, in which defendants' counsel specializes: trademark infringement.
- ☐ ________ counsel's long-standing representation of the client: ________.
- ☐ The local trial bar lacks experience in the field of: ________.
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which ________ counsel is familiar, specifically: ________
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to ________ counsel, as follows: ________.
- ☐ It is a criminal case, and ________ counsel is defendant's counsel of choice.
- ☐ Other: ________

XXXXXXXXX/Defendants
By Jeffrey C. Schreck, Esq.
Attorney for Defendants
Duct Doctor, Inc./Hodkinson

DATED: July 5, 2005

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the State(s) of Massachusetts, Maryland, New York and the following federal district court bar(s) Massachusetts and Maryland, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Lindsey Straus | Jeffrey C. Schreck, Esq. |
| Name | Local Associate Counsel |
| Law Office of Lindsey Straus | 2428 |
| Firm Name | R.I. Bar ID # |
| 1583 Main Street | ~~Jeffrey C. Schreck, Esq.~~ |
| Business Address | Firm Name |
| Brewster, MA 02631 | One Providence Washington Plaza, 5th Floor, |
| | Business Address Providence, RI 02903 |
| (508) 896-8008 (617) 249-1674 | 401-421-9600 401-331-9267 |
| Tel. # Fax # | Tel. # Fax # |

---

**ORDER:** This motion is hereby ______________.

______________
U.S. District Judge
Date: ______________

## Certification

I hereby certify that I caused a copy of the within pleading to be mailed to

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

on this 5th day of July, 2005.