**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IAQ, INC., a/k/a Duct Doctor :
Plaintiff :
:
v. :
:
DUCT DOCTOR, INC., f/k/a : CA No. 05-226S
THE DUCT DOCTOR, INC., :
a Massachusetts Corporation, :
and PETER J. HODKINSON, :
Individually :
Defendants :

**PLAINTIFF AND COUNTERCLAIM DEFENDANT IAQ, INC.'S ANSWER TO COUNTERCLAIM**

The plaintiff, IAQ, Inc. a/k/a Duct Doctor ("IAQ") hereby answers and responds to the Counterclaim of the defendants as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

6. IAQ is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and therefore denies the same.

7. IAQ is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and therefore denies the same.

8. Denied.

**COUNT I**

9. IAQ repeats and reaffirms its response to all previous paragraphs.

10. Admitted that the defendants contend as much, but denied as to all facts and legal conclusions contained in paragraph 10.

11. Admitted.

12. Admitted that the parties disagree as to each other's rights with respect to … "Duct Doctor" but denied that the issue is whether defendants are entitled to

WHEREFOR, plaintiff and counterclaim defendant IAQ, Inc. a/k/a Duct Doctor requests that the defendant and counterclaim plaintiff's position be denied and dismissed, and that IAQ be awarded its costs and fees.

Dated: July 28, 2005

IAQ, INC.
By Its Counsel,

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing via First Class Mail on July 28, 2005, to Lindsey M. Straus, Esq., Law Office of Lindsey M. Straus, 1583 Main Street, Brewster, MA 02631 and to Jeffrey C. Schreck, Esq., One Providence Washington Plaza, Fifth Floor, Providence, RI 02903.

Ellen M. Brunelle

TRN/