**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SCANNED

| | | |
|---|---|---|
| IAQ, INC., a/k/a Duct Doctor<br>Plaintiff | : | |
| v. | : | |
| DUCT DOCTOR, INC., f/k/a<br>THE DUCT DOCTOR, INC.,<br>a Massachusetts Corporation,<br>and PETER J. HODKINSON,<br>Individually<br>Defendants | : | CA No. 05-226S |

**AFFIDAVIT OF SERVICE**

I, Thomas R. Noel, having been first duly sworn upon oath, make affidavit and say as follows:

1. I am legal counsel for the plaintiff in this matter, having entered an appearance on its behalf;

2. On May 25, 2005, the Summons and a copy of the Complaint in this matter were mailed to defendant Peter J. Hodkinson, by certified mail, return receipt requested, in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 4(f)(1) of the Rhode Island Superior Court Rules of Civil Procedure of the Federal Rules of Civil Procedure;

3. The original "green card" receipt establishing delivery of the Summons and Complaint to the defendant on May 29, 2005, is attached as Exhibit 1 to this Affidavit.

Dated: 8-2-05

Thomas R. Noel

Subscribed and sworn to before me this 2nd day of August, 2005.

Ellen M. Brunelle
Notary Public
My Commission Expires: 7-30-09

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing via First Class Mail on August 2, 2005, to Lindsey M. Straus, Esq., Law Office of Lindsey M. Straus, 1583 Main Street, Brewster, MA 02631 and to Jeffrey C. Schreck, Esq., One Providence Washington Plaza, Fifth Floor, Providence, RI 02903.

Ellen M. Brunelle

TRN/

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Peter Hodkenson
C/o Duct Doctor, Inc
467 Milford Rd.
Swansea, MA 02777

A. Received by (Please Print Clearly)

B. Date of Delivery 5/27

C. Signature

X Mary Hodkinson

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 27 2005

3. Service Type

☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7004 0750 0002 4239 5318

PS Form 3811, March 2001 Domestic Return Receipt 102595-01-M-1424