**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC.<br>Plaintiff | : | |
| v. | : | |
| F.A.F., INC.,<br>ELITE DESIGNS, INC.,<br>AND WAL-MART STORES, INC.<br>Defendants | : | CA No. 05-226S |

**AFFIDAVIT OF SERVICE**

I, Thomas R. Noel, having been first duly sworn upon oath, make affidavit and say as follows:

1. I am legal counsel for the plaintiff in this matter, having entered an appearance on its behalf;

2. On July 22, 2005, the Summons and a copy of the Complaint in this matter were mailed to defendant Wal-Mart Stores, Inc., by certified mail, return receipt requested, in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 4(f)(2) of the Rhode Island Superior Court Rules of Civil Procedure of the Federal Rules of Civil Procedure;

3. The original "green card" receipt establishing delivery of the Summons and Complaint to the defendant on August 1, 2005, is attached as Exhibit 1 to this Affidavit.

Dated: 8/22/05

Thomas R. Noel

Subscribed and sworn to before me this 22nd day of August, 2005.

Ellen M. Brunelle
Notary Public
My Commission Expires: 7-30-09

ELLEN M. BRUNELLE
Notary Public, State of Rhode Island
My Commission Expires 7-30-09

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing via First Class Mail on 8-22-05, to Stephen J. Reid, Jr., Esq., Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, RI 02903 and to Richard W. MacAdams, Esq., MacAdams & Wieck, Ltd., 101 Dyer Street, Providence, RI 02903.

Ellen M. Brunelle

TRN/

SENDER

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-6209

A. Received by (*Please Print Clearly*) B. Date of Delivery

SHARON PHILLIBER

C. Signature

X S. Philliber

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 28 2005

AUG - 1 2005

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*)

PS Form 3811, March 2001 Domestic Return Receipt 102595-01-M-1424