UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

IAQ, ~~Inc. a/k/a Duct Doctor~~
Plaintiff(s)

v. C.A. No. 05-CV-226S

Duct Doctor, Inc. and Peter Hodkinson
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

~~Plaintiff~~/Defendant Duct Doctor/Hodkinson hereby moves that Lindsey Straus be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which defendants' counsel specializes: trademark infringement
- ____________ counsel's long-standing representation of the client: ______________________________
- The local trial bar lacks experience in the field of: ______________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ______________ counsel is familiar, specifically : ______________________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to ______________ counsel, as follows: ______________________________.
- It is a criminal case, and ______________ counsel is defendant's counsel of choice.
- Other: ______________________________.

DATED: 8/25/05

(~~Plaintiff~~/Defendant)
By: Jeffrey C. Schreck, Esq.
Attorney for Defendants
Duct Doctor, Inc./Hodkinson

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts, Maryland, New York and of the following Federal District Court and/or Court of Appeals Bar(s) Massachusetts, Maryland and 1st & 3rd Circuits, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Lindsey M. S[signature]
Lindsey Straus
Name

Law Office of Lindsey Straus
Firm Name

1583 Main Street
Business Address
Brewster, MA 02631

508-896-8008 617-249-1674
Tel. # Fax #

Jeffrey Schreck [signature]
Jeffrey C. Schreck
Local Associate Counsel

2428
R.I. Bar ID #

Jeffrey C. Schreck, Esq.
Firm Name

One Providence Washington Plaza, 5th Floor
Business Address
Providence, RI 02903

401-421-9600 401-331-9267
Tel. # Fax #

---

**Order :** This motion is hereby ________________.

U.S. District Judge
Date: ________________

pro hac vice motion (rev.3/05)

## Certification

I hereby certify that I caused a copy of the within pleading to be mailed to

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903