# NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

JOHN P. GYORGY
THOMAS R. NOEL †
JOHN R. HARRINGTON

† *Also Admitted in Massachusetts*

MASSACHUSETTS OFFICE
8 NORTH MAIN STREET
ATTLEBORO MA 02703
TELEPHONE 508-223-5800

TNoel@LawNoel.com

October 24, 2005

*Via Facsimile and First Class Mail*

The Honorable Lincoln D. Almond,
United States Magistrate Judge
United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: IAQ, Inc. a/k/a Duct Doctor vs. Duct Doctor, Inc. f/k/a The Duct Doctor, Inc., and Peter J. Hodkinson, CA No. 05-226S

Dear Judge Almond:

Due to a death in my family last night and the scheduling of services in New Hampshire for this Wednesday, I must request a continuance of the Settlement Conference that had been scheduled in the above matter for this Wednesday, October 26, at 2:00 p.m. I have checked with opposing counsel, Mr. Schreck, and with your Clerk, Ms Theall, for dates available to all concerned, and I respectfully request rescheduling to Tuesday, November 8, 2005.

Thank you for your consideration of this request. I will await instructions from your office.

Sincerely,

T. R. Noel

Thomas R. Noel

cc: Jeffrey C. Schreck, Esq. (via facsimile)
Lindsey M. Straus, Esq. (via facsimile)
Mr. Kenneth R. Stricklin (via facsimile)

10/24/05: REQUEST GRANTED. CONF. RESCHEDULED TO 11/8/05 AT 2:00 PM.