IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IAQ, INC., a/k/a Duct Doctor
Plaintiff

v.

DUCT DOCTOR, INC., f/k/a
THE DUCT DOCTOR, INC.,
a Massachusetts Corporation,
and PETER J. HODKINSON,
Individually
Defendants

CA No. 05-226S

## JOINT MOTION FOR EXTENSION OF DISCOVERY AND PRETRIAL SCHEDULE

The parties to this action jointly move for an extension of the pretrial schedule for a period of sixty (60) days. The parties make this Motion prior to the discovery closure date and in the middle of ongoing settlement discussions initiated by Magistrate Judge Lincoln Almond.

The parties have been negotiating in good faith following a settlement conference with Judge Almond and are scheduled to report back to Judge Almond on January 5, 2006. The parties are attempting to work out the specific terms of a stipulated settlement concerning joint use of the trademark at issue, for which the plaintiff has a federal registration and which the defendants claim to have used locally prior to plaintiff's registration. The terms under discussion are necessarily detailed. The parties request this extension in the interest of focusing resources on further discussions rather than immediate pretrial preparation. There have been no prior extension requests.

The Pretrial Order was entered by the Court on or about August 23, 2005, and set a Discovery Closure Date of January 3, 2006. The parties hereby respectfully

request that the Court extend the Closure Date through and including March 3, 2006, and that the other pretrial compliance dates set forth in the Pretrial Order likewise each be reset by an additional sixty (60) days.

IAQ, INC.

By Its Counsel,

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

Date: December 28, 2005

DUCT DOCTOR, INC.
and PETER HODKINSON

By Their Counsel,

Jeffrey C. Schreck, Esq. (#2428)
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903
401.421.9600 Telephone
401.331.9267 Facsimile

Date: December 28, 2005

Lindsey M. Straus, Esq. (*pro hac vice*)
Law Office of Lindsey M. Straus
114 Harwich Road
Brewster, MA 02631
508.896-8008 Telephone
617.249-1674 Facsimile

GRANTED

William E. Smith
U.S. District Judge
12/30/05