UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IAQ, INC. | : | |
| | : | |
| v. | : | C.A. No. 05-226S |
| | : | |
| DUCT DOCTOR, INC. | : | |

**ORDER**

A settlement conference was held before this Court on November 8, 2005. Progress was made, and negotiations continued thereafter. A telephone conference was scheduled for today to discuss the status of settlement negotiations and the need for a second settlement conference.

Prior to the telephone conference, Plaintiff's counsel reported to the Court that the parties had reached a "settlement in principle." Based on that report, this Court cancelled the telephone conference. The parties shall promptly finalize the settlement and file a dismissal stipulation with the Court on or before February 6, 2006.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
January 5, 2006