2/6/06: REQUEST GRANTED. SETTLEMENT SHALL BE FINALIZED AND DISMISSAL STIPULATION FILED BY 2/28/06.
USMJ


# NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

JOHN P. GYORGY
THOMAS R. NOEL †
JOHN R. HARRINGTON

† *Also Admitted in Massachusetts*

MASSACHUSETTS OFFICE
8 NORTH MAIN STREET
ATTLEBORO MA 02703
TELEPHONE 508-223-5800

TNoel@LawNoel.com


February 6, 2006

*Via Facsimile 401-752-7265*

The Honorable Lincoln D. Almond,
United States Magistrate Judge
United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: IAQ, Inc. vs. Duct Doctor, Inc. f/k/a The Duct Doctor, Inc., and Peter Hodkinson, C.A. No. 5-226S

Dear Judge Almond:

As we had previously reported, this matter is in line for settlement, and counsel and the parties have proceeded accordingly. We have not yet finalized the settlement agreement *document*, however. A draft is now circulating among counsel and the parties, and I expect the agreement to be edited and executed shortly. I am writing to inform the Court of our status because Your Honor had directed that the matter be completed by this date (*See Order* dated January 5, 2006). As this case and this settlement involve complex issues of trademark and name use and the draft agreement must address those uses by both sides going forward, I request brief additional time (i.e., 20 days) in which to finalize the settlement documents and file a stipulation.

Thank you for your consideration of this request.

Sincerely,

TRN

Thomas R. Noel

cc: Lindsey M. Straus, Esq. (*via facsimile*)
Jeffrey C. Schreck, Esq. (*via facsimile*)