RECEIVED
MAR 21 2006
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IAQ, INC., a/k/a Duct Doctor :
Plaintiff :
v. :
:
DUCT DOCTOR, INC., f/k/a : CA No. 05-226S
THE DUCT DOCTOR, INC., :
a Massachusetts Corporation, :
and PETER J. HODKINSON, :
Individually :
Defendants :

**STIPULATION OF DISMISSAL**

The parties hereto hereby stipulate and agree that this matter may be and is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

IAQ, INC.

By Its Counsel,

[signature]

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

Date: March 10, 2006

DUCT DOCTOR, INC.
and PETER HODKINSON

By Their Counsel,

Jeffrey Schreck

Jeffrey C. Schreck, Esq. (#2428)
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903
401.421.9600 Telephone
401.331.9267 Facsimile

Date: 3/20/06

Lindsey M. Straus/JCS

Lindsey M. Straus, Esq. (*pro hac vice*)
Law Office of Lindsey M. Straus
114 Harwich Road
Brewster, MA 02631
508.896-8008 Telephone
617.249-1674 Facsimile

Date: 3/20/06

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/22/06